UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| United States Of America,<br><br>    Plaintiff and<br>    Judgment Creditor,<br><br>v.<br><br>BRIAN D. CURRIE,<br><br>    Defendant and<br>    Judgment Debtor,<br><br>and<br><br>Virginia Sprinkler Company<br>Attn: Vicki Stull<br>Benefits and Payroll Coordinator<br>10343 Sliding Hill Road<br>Asland, Virginia 23005<br><br>    Garnishee. | *<br>*<br>*<br>*<br>*<br>* Civil No. CCB-98-1398<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee to obtain payment on a debt due the United States in the amount of $1,601.25 plus additional interest until paid in full. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on January 28, 2002 stating that at the time of the service of the Writ of Continuing Garnishment, Defendant and Judgment Debtor was employed by the Garnishee and receiving weekly wages of $621.87. The Garnishee further stated in the Answer of the Garnishee that there was a prior garnishment in which Debtor's employer was ordered to start wage deductions on June 3, 1999 and to cease wage deductions on March 30, 2000. Accordingly, there is no current garnishment of debtor's wage.

On or about December 14, 2001, the Defendant and Judgement Debtor was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay to Plaintiff and Judgment Creditor the sum of $35 per pay period to plaintiff and Judgment creditor and continue said payments until the debt to the Plaintiff and Judgment Creditor is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant and Judgement Debtor or until further Order of this Court.

2/27/02
Date

_____
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
AT BALTIMORE
2002 FEB 27  P 4: 30
DEPUTY