IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America,           :

      Plaintiff,              :

      v.                      :   Civil No. CCB-98-1398

Brian D. Currie,                    :

      Defendant               :

Virginia Sprinkler Company          :
Attn: Vicki Stull
Benefits and Payroll Coordinator    :
10343 Sliding Hill Road
Asland, Virginia 23005,             :

      Garnishee               :

. . .ooOoo. . . . .

Clerk:

Plaintiff, United States of America, hereby withdraws its request for a Writ of Continuing Garnishment of Wages and for cause states:

The judgment in the above-entitled action, to include principal, interest and costs is now paid, settled and satisfied.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

By: _____
Thomas F. Corcoran
Assistant U.S. Attorney
6625 U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2696
410-209-4800
Trial Bar No. 24894

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

FEB 07 2003

UNITED STATES DISTRICT JUDGE

Approved
C. Blake
USDJ
2/06/03

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of February, 2003, a copy of the foregoing was sent, first class mail, postage prepaid, to: Virginia Sprinkler Company, Attn: Vicki Stull, Benefits and Payroll Coordinator, 10343 Sliding Hill Road, Asland, Virginia 23005, garnishee and Brian D. Currie, 224 Green Fern Way, Lansdowne, Maryland 21227, defendant.

_____
Thomas F. Corcoran
Assistant U.S. Attorney